No. 479. BARNARD v. RAGEN, WARDEN. December 17, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 487. NOWAK v. NIERSTHEIMER, WARDEN. December 17, 1945. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied.

No. 520. POPE v. UNITED STATES. January 2, 1946. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Herman J. Galloway, John W. Gaskins* and *Fred W. Shields* for petitioner. *Solicitor General McGrath, Messrs. Paul A. Sweeney* and *Abraham J. Harris* for the United States.

No. 573. ESTATE OF LYNCH ET AL. v. COMMISSIONER OF INTERNAL REVENUE. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Warner Pyne* for petitioners. *Solicitor General McGrath, Assistant Attorney General Clark, Mr. Sewall Key, Miss Helen R. Carloss* and *Mrs. Muriel S. Paul* for respondent.

No. 579. 870 SEVENTH AVENUE CORP., DOING BUSINESS AS THE PARK CENTRAL, v. BOWLES, PRICE ADMINISTRATOR. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Cohen* for petitioner. *Solicitor General McGrath, Messrs. John R. Benney* and *David London* for respondent.